Barrett Daffin Frappier Turner & Engel, L.L.P.
1900 St. James Place, Suite 500
Houston, Texas 77056

ENTERED
03/05/2018

ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-33508 |
| | § | |
| SHAHNAZ B. KHAN | § | CHAPTER 13 |
|     DEBTOR, | § | |
| | § | |
| | § | |
| WELLS FARGO BANK, N.A., ITS | § | A hearing on the Motion for Relief |
| ASSIGNS AND/OR SUCCESSORS IN | § | from Automatic Stay set for: |
| INTEREST | § | MARCH 5, 2018 AT 2:00 P.M. |
| | § | |
| v. | § | |
| | § | |
| | § | |
| SHAHNAZ B. KHAN, Debtor; and | § | |
| DAVID G. PEAKE,  Trustee; | § | |
|     RESPONDENTS. | § | |
| | § | JUDGE DAVID R. JONES |

ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A., ITS
ASSIGNS AND/OR SUCCESSORS IN INTEREST FOR RELIEF FROM THE
AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PROCEEDING WITH
LITIGATION IN CASE # 17-cv-0007, STYLED SHAHNAZ KHAN V. WELLS FARGO
BANK, N.A., PENDING IN THE UNITED STATES DISTRICT COURT FOR THE
<u>SOUTHERN DISTRICT OF TEXAS</u>
(Docket No. 49)

    Came on to be heard the Motion filed by Wells Fargo Bank, N.A., its assigns and/or successors in interest,  (hereinafter "Movant") for Relief from the Automatic Stay for the Limited Purpose of Proceeding with Litigation in Case # 17-cv-0007; styled Shahnaz Khan v. Wells Fargo Bank, N.A., pending in the United States District Court for the Southern District of Texas and/or to Confirm That There is No Automatic Stay in Effect Barring Movant from

Proceeding with the Defense of Case # 17-cv-0007; styled Shahnaz Khan v. Wells Fargo Bank, N.A., , pending in the United States District Court for the Southern District of Texas (hereinafter the "Motion"), and the Court, after considering the evidence and arguments of counsel, finds that the Motion should be in all things granted, it is, therefore:

ORDERED that the automatic stay of 11 U.S.C. §362 is hereby terminated for the limited purpose of allowing Movant, Wells Fargo Bank, N.A. to proceed with the defense of Case # 17-cv-00007, styled Shahnaz Khan v. Wells Fargo Bank, N.A. A/K/A/ Wachovia Mortgage, a division of Wells Fargo Bank, N.A. and F/K/A Wachovia Mortgage, FSB, pending in the United States District Court for the Southern District of Texas.  Movant and Debtor are permitted to proceed to conclusion in such litigation.

Signed:  March 05, 2018.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**